**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 09-cr-00437-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CHRISTOVAN ANDRES RAMIREZ,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to oral request of the United States Probation Officer and with the consent of counsel, the supervised release violation hearing regarding Defendant Ramirez set **February 11, 2010 is VACATED and RESET for Wednesday, March 3, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  February 3, 2010